■ In the Matter of RICHARD SOTO et al., Appellants, v WEYMAN A. CAREY et al., Respondents. In the Matter of JOSE PAGAN et al., Respondents, v RICHARD SOTO et al., Appellants. [718 NYS2d 597] —Order, Supreme Court, Bronx County (Robert Seewald, J.), entered August 18, 2000, unanimously affirmed for the reasons stated by Seewald, J., without costs or disbursements. No opinion. Concur—Mazzarelli, J. P., Andrias, Saxe, Buckley and Friedman, JJ.

■ In the Matter of CHARLES KEASE et al., Respondents, v GARY COLEMAN et al., Appellants. In the Matter of GARY COLEMAN et al., Appellants, v WEYMAN A. CAREY et al., Respondents. [718 NYS2d 597] —Order, Supreme Court, Bronx County (Robert Seewald, J.), entered August 21, 2000, unanimously affirmed for the reasons stated by Seewald, J., without costs or disbursements. No opinion. Concur—Mazzarelli, J. P., Andrias, Saxe, Buckley and Friedman, JJ.

■ In the Matter of CARMEN ARROYO et al., Respondents, v AGUSTIN ALAMO et al., Appellants, et al., Respondents. [713 NYS2d 681] —Order, Supreme Court, Bronx County (Robert Seewald, J.), entered August 21, 2000, unanimously affirmed for the reasons stated by Seewald, J., without costs or disbursements. No opinion. Concur—Mazzarelli, J. P., Andrias, Saxe, Buckley and Friedman, JJ.